# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Rickie Hill,

    Plaintiff

v.

Trashcan et al.,

    Defendants

Case No.: 2:20-cv-01969-JAD-BNW

**Order Granting Motion to Voluntarily Dismiss Case**

[ECF Nos. 1, 5]

    Plaintiff Rickie Hill moves to voluntarily dismiss this case.[1] I previously screened Hill's complaint and found that he failed to state any colorable claims but gave him leave to amend two of his claims.[2] Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[3] I grant Hill's motion to voluntarily dismiss this action because no responsive pleading has been filed, and I dismiss this action without prejudice.

    Good cause appearing, IT IS HEREBY ORDERED that the motion for voluntary dismissal **[ECF No. 5] is GRANTED.** The Clerk of the Court is directed to close the case and enter judgment accordingly.

    IT IS FURTHER ORDERED that the application to proceed *in forma pauperis* without having to prepay the filing fee **[ECF No. 1] is GRANTED**. Hill need not pay an initial installment fee, prepay fees or costs or provide security for fees or costs, but he is still required to

---

[1] ECF No. 5.
[2] ECF No. 3.
[3] Fed. R. Civ. P. 41(a)(1)(A)(i).

pay the full $350 filing fee under 28 U.S.C. § 1915, as amended, even though this case is being dismissed.

In order to ensure that Hill pays the full filing fee, IT IS FURTHER ORDERED that the Nevada Department of Corrections will forward payments from the account of **Rickie Hill, #87052** to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk is directed to SEND copies of this order to the Finance Division of the Clerk's Office <u>and</u> to the attention of **Chief of Inmate Services for the Nevada Department of Corrections,** P.O. Box 7011, Carson City, NV 89702.

Dated: September 21, 2021

_____
U.S. District Judge